MAY 6, 1966.

No. 1569, Misc. PATTERSON *v.* FLORIDA. Sup. Ct. Fla. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 9, 1966.

No. 300, Misc. GOODE *v.* PATE, WARDEN. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Alton C. Sharpe* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

MAY 11, 1966.

No. 1183. FIELDS *v.* UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John N. Crudup* for petitioner. *Solicitor General Marshall* for the United States.

MAY 13, 1966.

No. 1147. BORG-WARNER CORP. ET AL. *v.* PARAGON GEAR WORKS, INC. C. A. 1st Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Edward A. Haight* for petitioners. *W. R. Hulbert* for respondent.